

Brian D. Carr
Email: bcarr@mclclaw.com
Phone: (518) 855-3535

May 30, 2024

United States District Court
Southern District Of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Ste 8
New York, NY 10007

      Re:    Trucking Association of New York v.
                Metropolitan Transportation Authority, et al.
                Our File: 41129
                Case No.: 1:24-cv-4111

Dear Honorable Liman:

    This office represents the plaintiff, Trucking Association of New York, relative to the above-referenced matter.

    We are in receipt of defendants' Statement of Relatedness which requests that this action be filed as related to 1:23-cv-10365.

    We take no position on defendants' request. However, we note that our client has made a motion for a preliminary injunction seeking to halt the Central Business District Tolling Program prior to its scheduled implementation on June 30, 2024. As far as we are aware, none of the plaintiffs in the other cases have made such a request. As such, we respectfully request that the time-sensitive nature of our application not be disrupted by relating this action to those previously filed.

    Thank you for your consideration.

Respectfully submitted,

*/s/ B.D.C.*

BRIAN D. CARR

**MONACO COOPER LAMME & CARR, PLLC**
1881 Western Avenue, Suite 200, Albany, NY 12203
(518) 855-3535 | mclclaw.com