```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
TRUCKING ASSOCIATION OF NEW YORK,                               :
                                                                :
                              Plaintiff,                        :
                                                                :         24-cv-4111 (LJL)
               -v-                                              :
                                                                :            ORDER
METROPOLITAN TRANSPORTATION AUTHORITY,                          :
TRIBOROUGH BRIDGE AND TUNNEL                                    :
AUTHORITY, and LETITIA JAMES, in her capacity as                :
Attorney General for the STATE OF NEW YORK,                     :
                                                                :
                              Defendants.                       :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/3/2024

LEWIS J. LIMAN, United States District Judge:

     As stated at the June 3, 2024 scheduling teleconference, Defendants shall file any opposition to Plaintiff's motion for a preliminary injunction, Dkt. No. 4, by June 17, 2024 at 5 P.M.  Plaintiffs shall submit reply papers by June 20, 2024 at 11:59 P.M.  The parties have stated that they do not request or anticipate the need for an evidentiary hearing.  The Court will hear oral argument from the parties on the motion for a preliminary injunction on June 27, 2024 at 3:30 P.M. in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

     SO ORDERED.

Dated: June 3, 2024
      New York, New York

                                        LEWIS J. LIMAN
                                  United States District Judge