```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUCKING ASSOCIATION OF NEW YORK, :
:
Plaintiff, :
: 24-cv-4111 (LJL)
-v- :
: ORDER
METROPOLITAN TRANSPORTATION AUTHORITY, :
TRIBOROUGH BRIDGE AND TUNNEL :
AUTHORITY, and LETITIA JAMES, in her capacity as :
Attorney General for the STATE OF NEW YORK, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The parties shall file letters on the docket by June 17, 2024 indicating whether any party believes this case is now moot or the motion at Dkt. No. 4 no longer requires decision.

    SO ORDERED.

Dated: June 10, 2024
       New York, New York
                                            LEWIS J. LIMAN
                                        United States District Judge