

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

*The request is GRANTED. The oral argument previously scheduled for June 27, 2024 is canceled. The opposition and reply deadlines are adjourned sine die. The parties shall meet and confer in advance of July 1, 2024 and submit a joint letter by no later than July 1, 2024 indicting whether Plaintiff still seeks preliminary injunctive relief and, if so, a proposed schedule for the adjudication of that motion.*

*DATE: June 12, 2024*

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

June 11, 2024

<u>BY CM/ECF</u>
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Trucking Ass'n of N.Y. v. Metropolitan Transportation Auth.*
              No. 1:24-cv-04111-LJL

Dear Judge Liman:

    Our office represents defendant Letitia James, Attorney General of New York, in this matter. Yesterday, the Court issued an order in this case (as well as three other cases concerning congestion pricing) requiring the parties to file a letter stating whether the case was moot and whether the pending motions no longer require decisions. *See, e.g.,* ECF No. 34. As the order requires, we will respond by June 17. In the meantime, we would like to respectfully request that the Court adjourn the deadlines for response and reply briefs on the pending motion for a preliminary injunction.

    As explained in a letter submitted by counsel for the Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority on June 5, Governor Hochul has directed the MTA to "pause" implementing the congestion pricing program, which was scheduled to begin on June 30. ECF No. 30. Based on that pause, we respectfully request that the Court adjourn *sine die* the deadlines for response and reply briefs on the Trucking Association's pending motion for a preliminary injunction. Counsel for the Trucking Association has indicated that, based on the representation that counsel for MTA made in her letter to the Court that congestion pricing would not start on June 30, the Association does not oppose that adjournment.

28 LIBERTY STREET, NEW YORK, NY 10005 ● PHONE (212) 416-8446 ● FAX (212) 416-6007 ● WWW.AG.NY.GOV
Writer's Direct Phone: (212) 416-8271 ● E-mail Address: andrew.frank@ag.ny.gov

The Hon. Lewis J. Liman<br>
June 11, 2024<br>
Page 2

Respectfully submitted,

*[signature]*

Andrew G. Frank
Assistant Attorney General

c:      All counsel of record (by CM/ECF):