

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
Attorney General

DIVISION OF SOCIAL JUSTICE
Environmental Protection Bureau

July 2, 2024

BY CM/ECF
The Honorable Lewis J. Liman
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:   *Trucking Ass'n of N.Y. v. Metropolitan Transportation Auth.*
             No. 1:24-cv-04111-LJL

Dear Judge Liman:

    We write on behalf of defendant Attorney General Letitia James in response to the letter filed yesterday by plaintiff Trucking Association of New York [ECF No. 42] and the letter filed today by defendants Metropolitan Transportation Authority and Triborough Bridge and Tunnel Authority ("MTA/Triborough") [ECF No. 43]. Attorney General James joins the proposal for briefing the pending preliminary injunction motion set out in the letter from MTA/Triborough, which are the authorities responsible for implementing congestion pricing.

    We apologize for not filing a letter on this subject yesterday, as directed in the Court's June 12 order: we anticipated that Attorney General James would join MTA/Triborough's proposal, but could not state that to the Court with certainty until we saw the MTA/Triborough letter.

                                           Respectfully submitted,

                                           Andrew G. Frank
                                           Assistant Attorney General

    c:     All counsel of record (by CM/ECF)