UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH CHAN, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    *Defendants*. | Case No. 1:23-cv-10365 (LJL)<br>Case No. 1:24-cv-01644 (LJL)<br>Case No. 1:24-cv-00367 (LJL)<br>Case No. 1:24-cv-04111 (LJL) |
| MICHAEL MULGREW, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    *Defendants*. | |
| NEW YORKERS AGAINST CONGESTION PRICING TAX, *et al.*,<br><br>    *Plaintiffs*,<br>  v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, *et al.*,<br><br>    *Defendants*. | |

TRUCKING ASSOCIATION OF NEW YORK,

                *Plaintiff*,

   v.

METROPOLITAN TRANSPORTATION AUTHORITY, *et al.*,

                *Defendants*.

## STIPULATION AND ORDER

Upon the request of Plaintiffs in *Chan v. United States Department of Transportation,* No. 23 Civ. 10365 (S.D.N.Y.) (LJL) ("*Chan*"), *Mulgrew v. United States Department of Transportation*, No. 24 Civ. 1644 (S.D.N.Y.) (LJL) ("*Mulgrew*"), and *Trucking Association of New York v. Metropolitan Transportation Authority*, No. 24 Civ. 4111 (S.D.N.Y.) (LJL) ("*Trucking*"), the relevant parties in the above-captioned actions hereby stipulate that the date for Plaintiffs' oppositions to the motions to dismiss the constitutional claims, *see Chan*, ECF 115, 117; *Mulgrew*, ECF 102, 104; *New Yorkers Against Congestion Pricing Tax v. United States Department of Transportation*, No. 24 Civ. 367 (S.D.N.Y.) (LJL), ECF 105; *Trucking*, ECF 60, 62, is extended from the current date of October 15, 2024 to on or before November 15, 2024, and the deadline for Defendants' and Intervenor's replies in further support of their motions is extended from the current date of October 22, 2024 to on or before December 23, 2024.

Dated: October 10, 2024STEPTOE LLC

By: */s/ Alan M. Klinger*
    Alan M. Klinger
    1114 Avenue of the Americas
    New York, New York 10036
    (212) 506-3900
    aklinger@steptoe.com

*Counsel for Plaintiffs in Chan and Mulgrew*

Dated: October 10, 2024THE LAW OFFICE OF JACK L. LESTER, ESQ.

By: [signature] 
    Jack Lester
    41 Squaw Road
    East Hampton, NY 11937
    631-604-2228
    jllcomlaw@aol.com

*Counsel for Plaintiffs in New Yorkers*

Dated: October 10, 2024MONACO, COOPER, LAMME & CARR PLLC

By: */s/ Jonathan E. Hansen*
    Jonathan E. Hansen
    1881 Western Avenue, Suite 200
    Albany, New York 12203
    jhansen@mclclaw.com

*Counsel for Plaintiffs in Trucking*

Dated: October 10, 2024				HECKER FINK LLP


						By: /s/ Joshua A. Matz
						     Joshua A. Matz
						     Hecker Fink LLP
						     1050 K Street NW, Suite 1040
						     Washington DC, 20001
						     (212) 763-0883
						     jmatz@heckerfink.com

						*Counsel for Defendants the
						Metropolitan Transportation Authority,
						the Triborough Bridge and Tunnel Authority,
						and the Traffic Mobility Review Board*

Dated: October 10, 2024				LETITIA JAMES
						Attorney General of the State of New York


						By: /s/ Andrew G. Frank
						     Andrew G. Frank
						     Assistant Attorney General
						     N.Y.S. Attorney General's Office
						     28 Liberty Street
						     New York, New York 10005
						     (212) 416-8271
						     andrew.frank@ag.ny.gov

						*Counsel for Defendant Stephanie Winkelhake,
						P.E., in her official capacity as Chief Engineer
						of the New York State Department of
						Transportation, and for Intervenor Attorney
						General Letitia James*

3

Dated: October 10, 2024

MURIEL GOODE-TRUFANT
Acting Corporation Counsel of the City of New York

By: */s/ Nathan Taylor*
    Nathan Taylor
    Senior Counsel
    Environmental Law Division
    New York City Law Department
    100 Church Street
    New York, NY 10007
    (212) 356-2315
    ntaylor@law.nyc.gov

*Counsel for Defendants the New York City Department of Transportation and William J. Carry in his official capacity as Assistant Commissioner for Policy for the New York City Department of Transportation*

SO ORDERED:

[signature]

THE HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE

Dated: October 11, 2024

4