

# Kaplan Martin

Kaplan Martin LLP
156 West 56th Street, Suite 207
New York, NY 10019

(212) 316-9500
rkaplan@kaplanmartin.com

November 14, 2024

**BY CM/ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, N.Y. 10007

    Re: *Trucking Ass'n of N.Y. v. Metro. Transp. Auth.*, No. 24 Civ. 4111 (S.D.N.Y.)

Dear Judge Liman:

  We write on behalf of Defendants the Metropolitan Transportation Authority ("MTA") and the Triborough Bridge and Tunnel Authority ("TBTA," and collectively, the "MTA Defendants") in response to Plaintiff Trucking Association of New York's ("TANY") letter submitted earlier today, in which TANY requests that its November 15, 2024 deadline to file its Opposition to the MTA Defendants' Omnibus Motion to Dismiss be adjourned *sine die* in light of Governor Hochul's announcement today that the pause on the Central Business District Tolling Program (the "Program") will be lifted. The MTA Defendants intend to submit a letter tomorrow opposing TANY's request. However, given the circumstances, the MTA Defendants consent to an extension of TANY's time to file its Opposition until one week after Your Honor decides their request for an indefinite stay.

                    Respectfully submitted,

                    Roberta A. Kaplan

  cc: Counsel of Record (via ECF)

The Court will take under advisement Plaintiff's letter motion requesting adjournment of the deadline to file an opposition to Defendant's omnibus motion to dismiss. Dkt. No. 66. Defendant's opposition to the letter motion shall be filed no later than November 15, 2024. Plaintiff's opposition to the omnibus motion to dismiss shall be due no earlier than one week after the Court rules on the letter motion.
Date: November 14, 2024

SO ORDERED.

LEWIS J. LIMAN
United States District Judge