

Jonathan E. Hansen<br>
Email: JHansen@mclclaw.com<br>
Phone: (518) 855-3535

July 28, 2025

**VIA CM/ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District Of New York
500 Pearl Street, Ste 8
New York, NY 10007

        Re: Trucking Association of New York v.
           Metropolitan Transportation Authority, et al.,
           24-cv-04111-LJL

Dear Judge Liman:

    This office represents the Trucking Association of New York ("TANY") relative to the above-referenced matter. Defendants and Intervenor filed motions to dismiss the plaintiff's Amended Complaint on July 11, 2025. Counsel for all parties have agreed to the following briefing schedule, subject to the Court's approval:

    Plaintiff's opposition due September 15, 2025
    Defendants' and Intervenor's replies due October 15, 2025.

    Thank you for the Court's consideration and attention.

                Respectfully submitted,

                Jonathan E. Hansen

The proposed briefing schedule is adopted.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

July 29, 2025

1881 Western Avenue, Suite 200, Albany, NY 12203<br>
(518) 855-3535 | mclclaw.com