**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 TRUCKING ASSOCIATION OF NEW YORK,

Plaintiff,

      -against-                                        24 **CIVIL** 4111 (LJL)

## JUDGMENT

METROPOLITAN TRANSPORTATION
AUTHORITY, et al.,

Defendants.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 10, 2026, the Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York

       March 11, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**